IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02038-BNB

HERMAN BARNES, JR.,

    Plaintiff,

v.

N. GIADBACH,
D. ALLRED,
R. WILEY,
M. NAILEY, and
H. WATTS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 0 2009

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Herman Barnes, Jr., is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado. He submitted *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner's Complaint. He also submitted two documents titled "Injction [sic]."

The Court reviewed the documents pursuant to D.C.COLO.LCivR 8.2, and on August 27, 2009, entered an order directing the clerk of the Court to commence a civil action. The Court also directed Mr. Barnes to show cause within thirty days why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). On September 3, 2009, Mr. Barnes filed a response titled "Motion to Show Cause."

The Court must construe Mr. Barnes' filings liberally because he is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110.

Mr. Barnes seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Mr. Barnes has initiated three actions or appeals in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous, malicious, or for failure to state a claim. *See Barnes v. Leyba*, No. 05-cv-02055-ZLW (D. Colo. Mar. 3, 2006) (dismissed as frivolous); *Barnes v. Wiley*, No. 05-cv-00448-ZLW (D. Colo. June 16, 2006) (dismissed as frivolous), *aff'd*, No. 06-1307 (10th Cir. Nov. 6, 2006); and *Barnes v. Wiley*, No. 08-cv-01570-ZLW (D. Colo. Dec. 15, 2008) (dismissed as frivolous). In the instant action, Mr. Barnes clearly disagrees with his medical treatment. However, he fails to assert factual allegations that he is under

imminent danger of serious physical injury. ***See, e.g.***, Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 at 2. Therefore, Mr. Barnes will be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that Plaintiff, Herman Barnes, Jr., is denied leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 9 day of Sept, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02038-BNB

Herman Barnes, Jr.
Reg. No. 22698-086
ADX - Florence
PO Box 850
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/10/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk